IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EVAN AULD-SUSOTT, AS TRUSTEE FOR (1) IRREVOCABLE LIFE INSURANCE TRUST OF JOHN L. SUSOTT & KATHRYN C. SUSOTT UAD 8/17/1988 AS RESTATED, EXEMPT TRUST FBO DANIEL C. SUSOTT, & (2) IRREVOCABLE LIFE INSURANCE TRUST OF JOHN L. SUSOTT & KATHRYN C. SUSOTT UAD 8/17/1988 AS RESTATED, NON-EXEMPT TRUST FBO DANIEL C. SUSOTT AND JOHN L. SUSOTT,<br><br>      Plaintiffs,<br><br>  vs.<br><br>LAURYN GALINDO, DANIEL C. SUSOTT,<br><br>      Defendants. | CV 20-00270 LEK-RT |

## ORDER ADOPTING SUPPLEMENT TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

A Supplement to the Findings and Recommendation having been filed and served on all parties on April 29, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Supplement to Findings and Recommendation to Grant Plaintiffs' Motion for Taxation of Attorneys' Fees and Award Prejudgment Interest", ECF No. 128 are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAII, May 17, 2022.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge